

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>Buford Paya,<br>　　　　　　　Defendant. | No.　CR-16-08189-PCT-SPL(BSB)<br><br>**REDACTED INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153, 2241(c) and 2246<br>(CIR – Aggravated Sexual Abuse of a Child)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2243(a), and 2246<br>(CIR – Sexual Abuse of a Child)<br>Count 2<br><br>18 U.S.C. §§ 1153, 2244(a)(5) and 2246<br>(CIR – Abusive Sexual Contact of a Child)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 6, 2015, in the District of Arizona, within the confines of the Hualapai Nation, Indian Country, the defendant, BUFORD PAYA, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, John Doe, a child who at the time had not yet attained the age of 12. The sexual act involved contact between the defendant's finger and the victim's anus, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246.

**COUNT 2**

On or about April 6, 2015, in the District of Arizona, within the confines of the Hualapai Nation, Indian Country, the defendant, BUFORD PAYA, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, John Doe, a child who at the time had not yet attained the age of 12 and at least four years younger than defendant. The sexual act involved contact between the defendant's finger and the victim's anus, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246.

**COUNT 3**

On or about April 6, 2015, in the District of Arizona, within the confines of the Hualapai Nation, Indian Country, the defendant, BUFORD PAYA, an Indian, did knowingly engage in a sexual contact with the victim, John Doe, a child who at the time had not yet attained the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the victim's anus, with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and around and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5) and 2246.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 16, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/*
ROBERT I. BROOKS
Assistant U.S. Attorney